In the Matter of the Application of GENERAL BAKING COMPANY, Respondent, for a Writ of Certiorari to Review an Assessment Made by the COMMISSIONER OF ASSESSMENT AND TAXATION and THE BOARD OF REVIEW OF THE CITY OF ALBANY, NEW YORK, Appellants.— Appeal by the commissioner of assessment and taxation of the city of Albany and others, from a judgment of the Special Term of the Supreme Court, Albany county, reducing the assessment of petitioner's property in said city. The judgment reduced the assessment of petitioner's property for the year 1933. Upon sufficient evidence the referee fixed the value of the property at $123,930. The petitioner, in its application to the assessing officials, stated the value of the property to be $125,000. The court below fixed the value at said sum. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of GOODRICH SILVERTOWN, INC., Respondent, for a Writ of Certiorari to Review an Assessment Made by the COMMISSIONER OF ASSESSMENT AND TAXATION and THE BOARD OF REVIEW OF THE CITY OF ALBANY, NEW YORK, Appellants.— Appeal from a certiorari order correcting and reducing an assessment for 1933 in the city of Albany. The property was assessed at $100,000, $15,000 for the land and $85,000 for the building. The relator does not complain of the land assessment, but contends that the building should be assessed for a value of $30,000; in all, $45,000. The premises were assessed in 1932 for $70,000 by the board of review. A fireproof brick, tile and concrete building was erected in 1931 by the owner at a cost of $48,600. The city's building expert admits a reduction in cost of construction in 1932 of ten per cent. The Special Term found an over-valuation and also inequality, and after considering depreciation, fixed the value of the land at $16,200, and the building at $37,260, a total of $53,460. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

MORE'S FILLING STATION, INC., Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 23473.) Appeal from an award by the Court of Claims to the claimant for land and rights taken for the Rensselaer approach to the Albany-Rensselaer bridge. The judgment is sustained by the evidence. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.